# Philadelphia *v.* Stewart.

Argued Jan. 25, 1900. Appeal, No. 410, Jan. T., 1899, by defendant, the Equitable Trust Company, from order of C. P. No. 4, Phila. Co., March T., 1899, No. 531, making absolute a rule for judgment for want of a sufficient affidavit of defense in case of City of Philadelphia to use of Thomas J. Rose Brick Manufacturing Co. v. George W. Stewart and the Equitable Trust Company. Before McCollum, Mitchell, Fell, Brown and Mestrezat, JJ. Affirmed.

Opinion by Mr. Justice Mitchell, April 9, 1900:

This is an appeal by the surety from the same judgment as Phila. to use, etc., v. Stewart, opinion filed herewith, ante, p. 309, and the judgment is affirmed for the reasons there given.